EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Rafael J. Vázquez González | 2018 TSPR 171 <br><br> 201 DPR ____ |

Número del Caso: TS-9,498

Fecha:  4 de octubre de 2018

Abogado de la peticionaria:

Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rafael J. Vázquez González          TS-9498

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de octubre de 2018.

Examinada la *Moción informando cumplimiento de orden, y reiterando solicitud de reinstalación* que presentó el Sr. Rafael J. Vázquez González, se da por cumplida la orden que se emitió el 28 de agosto de 2018 y se autoriza la reinstalación del señor Vázquez González al ejercicio de la abogacía.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres disiente de la reinstalación en esta etapa, porque está pendiente la queja AB-2013-483.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo